JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LEVY PREMIUM FOODSERVICE, LP,<br>AND DOES 1-50,<br><br>　　　　　Defendants. | ) CASE NO. CV 13-08790 MMM (SHx)<br>)<br>)<br>) JUDGMENT FOR DEFENDANT<br>)<br>)<br>)<br>)<br>)<br>) |

　　On April 29, 2014, the court entered an order granting summary judgment for defendant Levy Premium Foodservice, LP on plaintiff Horacio Hernandez's claims. Consequently,

　　IT IS ORDERED AND ADJUDGED

　　1. That plaintiff take nothing by way of his complaint; and

　　2. That the action be, and it is hereby, dismissed.

DATED: April 29, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE